DocuSign Envelope ID: 605E3173-5FD9-4989-831E-C53C5D00365F

**UNITED STATES DISTRICT COURT**
**FOR THE ______________ DISTRICT OF ______________**

-------------------------------------------------------------X

KAREN FRANCIS, On Behalf of
Themselves and All Others Similarly Situated,

Plaintiffs,

v.

MANPOWER, INC., *et al.*

Defendants.

-------------------------------------------------------------X

## CONSENT TO SUE

I, hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid minimum wages, overtime, liquidated damages, attorney's fees, costs and other relief) and applicable state wage and hour law against the Defendants. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s). I authorize JTB LAW GROUP, LLC, its successors and assigns, to represent me in this case.

Name: Karen Francis

Address: 967 Chippendale Lane, Norcross, GA 30093

Signature: DocuSigned by: Karen Francis DA94CE546288460... Dated: 7/18/2016