**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

**KAREN FRANCIS**, Individually, and On Behalf of All Others Similarly Situated,
Plaintiff,

v.

**MANPOWERGROUP US INC.** and **EXPERIS US, INC.**
Defendants.

Case No. 2:16-cv-01477-PP

**CONSENT TO SUE**

I, hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid minimum wages, overtime, liquidated damages, attorney's fees, costs and other relief) and applicable state wage and hour law against the Defendants. I further consent to bringing these claims on a collective and/or class basis with other current/former employees of Defendant(s). I authorize JTB Law Group LLC, their successors and assigns, to represent me in this case.

Dated: 2/23/2017

Signature: DocuSigned by: CheyAnne Tatum FE9F806AF5DA43F...

Name: CheyAnne Tatum

Address: 14650 24TH Ave S. Seattle, WA 98168