IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**KAREN FRANCIS**, Individually, and
on Behalf of All Others Similarly Situated,

Plaintiff,

Case No. 2:16-cv-01477-PP

v.

**MANPOWERGROUP US INC, AND**
**EXPERIS US, INC.,**

Defendants.

---

**PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)**

---

Plaintiffs, Karen Francis and CheyAnne Tatum, on behalf of themselves and all other similarly situated individuals, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), hereby move for entry of an order:

1. Conditionally certifying the proposed FLSA collectives;

2. Approving the Plaintiffs' proposed "Notice of Right to Join Lawsuit" and "Consent to Join Lawsuit" forms (***Exhibit 1*** ("Proposed Notice and Consent Form")) and authorizing Plaintiffs' counsel to circulate the Proposed Notice via first-class mail and e-mail to the proposed FLSA collectives, defined as:

   *(a) All current and former non-exempt hourly Associate Recruiters, Recruiting Consultants, Contract Recruiters, and/or other non-exempt hourly recruiters who worked for ManpowerGroup US Inc. and/or Experis US, Inc. both d/b/a ManpowerGroup Solutions at any time during the last three years.*

*(b) All current and former salaried Recruiting Specialists who worked for ManpowerGroup US Inc. and/or Experis US, Inc. both d/b/a ManpowerGroup Solutions at any time during the last three years.*

In addition, Plaintiffs' counsel requests permission to send each member of the proposed FLSA collective a text message notifying them of their right to opt in to the case. The language proposed to be sent via text message is shown in ***Exhibit 2***.

3. Requiring Defendant to identify all potential opt-in plaintiffs by providing their names, last known addresses, dates of employment, job titles, phone numbers, e-mail addresses, and last four digits of their Social Security numbers in an electronic and importable format within ten (10) days of the entry of the order; and

4. Allowing putative FLSA collective members sixty (60) days from circulation of the notice to file written consent forms.

This Motion is based on the pleadings, memorandum, and arguments of Counsel. The relief Plaintiffs seek is appropriate for the reasons discussed in Plaintiffs' Memorandum of Law in Support of this motion filed separately.

Dated: March 3, 2017

Respectfully submitted,

By: s/ Jason T. Brown

Jason T. Brown (N.J. Bar No. 35921996)
JTB LAW GROUP, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
Phone: (201) 630-0000
jtb@jtblawgroup.com

## CERTIFICATE OF SERVICE

I certify that on March 3, 2017, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/ Jason T. Brown

Jason T. Brown (N.J. Bar No. 35921996)
JTB LAW GROUP, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
Phone: (201) 630-0000
jtb@jtblawgroup.com