IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**KAREN FRANCIS**, Individually, and
on Behalf of All Others Similarly Situated,

Plaintiff,

Case No. 2:16-cv-01477-PP

v.

**MANPOWERGROUP US INC, AND**
**EXPERIS US, INC.,**

Defendants.

**NOTICE OF RIGHT TO JOIN LAWSUIT**

TO: All current and former non-exempt hourly Associate Recruiters, Recruiting Consultants, Contract Recruiters, and/or other non-exempt hourly recruiters who worked for ManpowerGroup US Inc. and/or Experis US, Inc. both d/b/a ManpowerGroup Solutions at any time during the last three years.

AND

All current and former salaried Recruiting Specialists who worked for ManpowerGroup US Inc. and/or Experis US, Inc. both d/b/a ManpowerGroup Solutions at any time during the last three years.

DATE: [insert]

RE: Pending lawsuit against **ManpowerGroup Solutions** to recover allegedly unpaid overtime wages.

## I. INTRODUCTION

This Notice is to inform you about a lawsuit under the federal Fair Labor Standards Act ("FLSA"), to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for opting into this case before the **[*60 days*] deadline**, if you so choose. For more information, please review the following pages of this Notice as well as the enclosed **Consent to Join Form.**

## II. DESCRIPTION OF THE LAWSUIT

On November 3, 2016, Karen Francis, a former Associate Recruiter and Recruiting Specialist who worked for ManpowerGroup Solutions, filed a lawsuit in the United States District Court for the Eastern District of Wisconsin, alleging that ManpowerGroup Solutions failed to pay her proper overtime compensation.

The case is currently pending before United States District Judge Pamela Pepper. On [*date*], the court reviewed the contents of this Notice and authorized Plaintiffs' counsel JTB Law Group, LLC to circulate it to (1) all current and former hourly Associate Recruiters, Recruiting Consultants, Contract Recruiters, and other non-exempt hourly recruiters and (2) all current and former salaried Recruiting Specialists who worked for ManpowerGroup Solutions at any time on or after [*3 years prior to the date of this notice being sent*].

## III. COMPOSITION OF THE COLLECTIVE ACTION

Ms. Francis seeks to pursue her claims on behalf of herself, and on behalf of all individuals who worked as (1) hourly Associate Recruiters, Recruiting Consultants, Contract Recruiters, and/or other non-exempt hourly recruiters and/or (2) salaried Recruiting Specialists for ManpowerGroup Solutions at any time on or after [*3 years prior to the date of this notice being sent*].

## IV. NO OPINION EXPRESSED AS TO THE MERITS OF THE CASE

Although the Court has authorized the Plaintiff to send this Notice, the Court expresses no opinion regarding the merits of the claims. This Notice should not be taken as an indication that you should or should not join this lawsuit.

## V. YOUR OPTIONS REGARDING THE LAWSUIT

You may elect to join this lawsuit, bring your own separate lawsuit, or not do anything. If you choose to join this lawsuit, you must complete the enclosed Consent to Join form by [*60 days*] and send it by regular mail, e-mail, or fax to either:

**JTB LAW GROUP, LLC**
Jason T. Brown
jtb@jtblawgroup.com
155 2nd St., Suite 4
Jersey City, New Jersey 07302
(877) 561-0000 (office)
(855) 582-5297 (fax)

You may elect to participate in the lawsuit using JTB Law Group, LLC as your counsel, or you may join using your own counsel. Plaintiff's attorneys will promptly file any Consent to Join forms that they receive.

## VI. EFFECT OF JOINING THIS ACTION

If you choose to join this lawsuit, you will be bound by any outcome, whether favorable or unfavorable. If the Plaintiff and anyone else who joins this lawsuit prevail at trial, or a settlement is reached, you may be entitled to share in any money recovered, less your share of expenses, including the fees and expenses of plaintiff's lawyers as may be allowed by the court. On the other hand, if ManpowerGroup Solutions prevails, you may not recover any money.

If you choose to join the lawsuit, and while the suit is proceeding, you may be required to answer written questions, provide information and documents (including electronic records), appear for a deposition to give testimony under oath, and testify in court.

You can also join this lawsuit by counsel of your own choosing. If you do so, your attorney must file a Consent to Join form by **[*60 days*]**.

## VII. EFFECTS OF NOT JOINING THIS LAWSUIT

If you choose not to join this lawsuit, you do not need to do anything. If you do not join this lawsuit, you will not be a part of the case in any way, and will not be bound by any resolution, whether favorable or unfavorable. You should be aware that a claim under the FLSA must be brought within two (2) years of the date the claim accrues, unless you can prove that your employer's violation was "willful," in which case the claim must be brought within three (3) years.

## VIII. NO RETALIATION PERMITTED

Federal law prohibits an employer from discriminating or retaliating against you for choosing to join this lawsuit or otherwise exercising your existing rights under the FLSA.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**KAREN FRANCIS**, Individually, and
on Behalf of All Others Similarly Situated,

Plaintiff,

Case No. 2:16-cv-01477-PP

v.

**MANPOWERGROUP US INC, AND**
**EXPERIS US, INC.,**

Defendants.

## <u>CONSENT TO JOIN FORM</u>

I was employed as (1) a hourly Associate Recruiter, Recruiting Consultant, Contract Recruiter and/or other hourly recruiter and/or (2) a salaried Recruiting Specialist by ManpowerGroup Solutions on or after [*3 years prior to the date of the notice being sent*]. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid overtime wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by JTB Law Group, LLC, and to be bound by any settlement of this action or adjudication by the Court.

Name: ________________ Signature: ________________________ Date: ___________

Mailing Address:_____________________________________________________

Telephone Number: ________________ Email Address:_________________________

**RETURN BY [*60 days*] TO PLAINTIFF'S ATTORNEYS JTB LAW GROUP, LLC:**

Jason T. Brown
jtb@jtblawgroup.com
155 2nd St., Suite 4
Jersey City, New Jersey 07302
(877) 561-0000 (office)
(855) 582-5297 (fax)

*You may return your form by mail, including using the pre-paid envelop enclosed herein. You may also return your consent form via fax or e-mail, or by arranging for an electronic signature.*