Attention all current and former hourly Associate Recruiters, Recruiting Consultants, Contract Recruiters, and/or other hourly recruiters and all salaried Recruiting Specialists who worked for ManpowerGroup US Inc. and/or Experis US, Inc. both d/b/a ManpowerGroup Solutions at any time during the last three years: You are eligible to join a pending class action lawsuit against ManpowerGroup Solutions. You may be eligible to receive unpaid wages and overtime if you worked more than 40 hours in a workweek. You have been sent, via U.S. mail and e-mail (to your latest address on file with ManpowerGroup Solutions), a detailed NOTICE explaining your legal rights. It is highly recommended that you check your mail and e-mail for this NOTICE and read it carefully so you can make an informed decision as to whether to join the lawsuit before the ________ _____, 2017 deadline. If you need a copy sent to you, please contact the attorney approved by the court to serve as counsel to the class: Jason T. Brown, JTB Law Group LLC, jtb@jtblawgroup.com, (877) 561-0000.