**Team Handbook**

Table of contents:


1. Technology
2. Work hours/payroll
3. Expense reports
4. Team guidelines
5. MGS intranet, Direct Talent
6. Addendums (contact information, Google+ links, expense reports)


**Technology**

- Email is accessed online using Outlook Web App at mail.o365.manpower.com
- Set up your email signature to include your name, phone number, client name.
- Set up your Google + account, which allows you to access chat (aka. Hangouts), documents, and pages shared across MGS. Your login name is your MGS email address and tech support can provide/reset your password.
- You must be logged in to Google hangouts during normal work hours.

**Work hours and payroll**

- Assignments are for 40 hours/week, unless otherwise directed by your lead or manager. Overtime hours are worked only with prior approval from your lead or manager.
- Complete your timesheet in Peoplesoft by the end of business on Friday; make sure you are inputting hours for the correct project if more than one is listed on your timesheet. Login to Peoplesoft and verify that your timesheet is set up so that you can record your hours on the project.
- Your work hours must match the guidelines of your project and lead or manager. Any alternative hours or schedules must be requested and approved in advance.
- If you will be away from your desk for more than 1.5 hours during your work day, you must notify your lead.
- Notify your lead or manager immediately of any emergency situations that impact your work hours.

**Expense reports**

- Submit expense reports in PeopleSoft.
- Expense reports are due within 14 days of the expense and must be submitted by the end of the month incurred.
- Send receipts to APSubmissions@experis.com AND cc Rachel.boyd@manpowergroup.com.

**Team guidelines**

- Respond to emails and/or phone calls from your lead or manager within 2 business hours.

EXHIBIT
A

- Set up your voicemail following the client's guidelines.
- Vacation time or other time off must be requested and approved by your manager two weeks in advance; plan on having a back-up team member in your absence.
- Metrics are to be reported on time following your lead or manager's guidelines.
- Complete the MGS recruiter certification program; courses are offered each quarter.

**MGS Intranet**

- https://intranetapps.manpower.com/
- The intranet contains a wealth of information, including information about benefits, company policies, and professional development.
- You can access Direct Talent, which is used for posting job advertisements and searching for candidates in the DT candidate database.

**Addendum 1**

- For help with email, Google+ access, contact the MGS help desk at *800.888.9925*