**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KAREN FRANCIS**, Individually, and on
Behalf Of All Others Similarly Situated,

Plaintiff,

v.

Case No. 2:16-cv-01477-PP

**MANPOWERGROUP US INC, AND**
**EXPERIS US, INC.,**

Defendants.

---

## DECLARATION OF DERRICK FRIEND

I, DERRICK FRIEND, hereby declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts attested to in this Declaration.

2. I am currently employed by Defendant Experis US, Inc. as a Director of Client Delivery within the company's Recruitment Process Outsourcing ("RPO") organization.

3. As a Director of Client Delivery, I have several different clients within my portfolio, and oversee multiple RPO "Programs." I supervise Program Managers who, in turn, supervise Program Delivery Leads. Program Delivery Leads are responsible for supervising the Senior Recruiters and Associate Recruiters who support the Programs in my portfolio.

4. The Programs I oversee differ quite dramatically from one another, based on the client's expectations and hiring needs. The differences between the Programs with respect to the client's expectations and hiring needs also directly impacts the job responsibilities and expectations for the Associate and Senior Recruiters assigned to these Programs.

**EXHIBIT**
**2**

5. RPO Programs can loosely be classified into three different types: end-to-end recruiting, front-end sourcing, and staff augmentation. The type of Program to which an RPO recruiter is assigned also impacts their day-to-day responsibilities as well as the key performance indicators on which they are measured.

6. In end-to-end recruiting Programs, a client outsources nearly the entirety of their talent acquisition process for one or more segments of their business to our recruiters. In other words, in end-to-end recruiting Programs, RPO recruiters are responsible for the entire recruitment cycle for the client—*i.e.* from the time an open position is announced until a successful candidate is hired for the role.

7. In front-end sourcing Programs, the RPO recruiters are only responsible for identifying and screening qualified candidates for the client's open positions. Once the recruiter submits candidates to the client for further consideration, the client takes over the remainder of the interview, offer, and onboarding process and the recruiter will often does not have any further communication with the candidate. Sometimes these are short-term Programs, for example, when a client has acute hiring needs or a project for which they need additional support. In other cases, we provide ongoing, long-term front-end sourcing support to clients who have high volume hiring needs.

8. In contrast, in end-to-end recruiting, once a client's hiring need for a particular position is identified, an RPO recruiter will typically work directly with the client's hiring managers to gain a better understanding of the position, the desired qualifications for any candidates, and the target compensation for the role. After that initial call or meeting, the recruiter will then search for potential candidates, conduct screening interviews, and ultimately submit the qualified candidates they have identified to the client for further consideration. If the

client decides to proceed with an interview, the recruiter will work with the candidate to prepare him or her for interviews with the client's hiring managers and to ensure the candidate has completed any necessary pre-hire assessments. Once the client makes its hiring decisions, the recruiter will inform the rejected candidates, and will extend an offer to the selected candidate. Depending on the client's preference, the recruiter may also negotiate compensation with the successful candidate.

9. The third category of RPO Programs is staff augmentation. In a staff augmentation Program, RPO provides recruiters to augment the client's pre-existing talent acquisition team. In these Programs, the RPO recruiter is usually "embedded" with the client (*i.e.* working from the client's location), and the recruiter will typically receive his or her day-to-day instructions and priorities from one of the client's managers.

10. I have each type of RPO Program within my client portfolio. Some of the clients I service have more than one type of Program with RPO. Each of these Programs is led by a Program Manager or other member of RPO management. My clients include a large energy company, a large multinational corporation specializing in energy management and automation solutions, and an administrative division of the government of the State of New York.

11. The Program I oversee for my energy client involves end-to-end recruiting, and the RPO recruiters on that Program are responsible for recruiting candidates for positions ranging from high-level professional and leadership roles to hourly manufacturing positions. When this client outsourced their talent acquisition function to RPO, we actually transitioned their pre-existing recruiters to become RPO employees. These Senior Recruiters are assigned to work at the client's site, rather than working remotely. One of these Senior Recruiters is very highly compensated; he earns an annual salary in excess of $100,000 per year.

12. The recruiters who support the New York state government client Program are responsible for recruiting multiple types of positions including nurses, social workers, and attorneys. Because these recruiters are recruiting for professional roles, they need to possess more specialized knowledge regarding the professional qualifications and licensure required for these positions. Accordingly, we rely on these recruiters to exercise a high degree of discretion and independent judgment when they are identifying and screening potential candidates for this client.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

EXECUTED this 23 day of March of 2017.

______________________________
DERRICK FRIEND