**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KAREN FRANCIS**, Individually, and on Behalf Of All Others Similarly Situated,

Plaintiff,

v.

Case No. 2:16-cv-01477-PP

**MANPOWERGROUP US INC, AND EXPERIS US, INC.,**

Defendants.

---

**DECLARATION OF WENDY ZIETZ**

I, WENDY ZIETZ, hereby declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts attested to in this Declaration.

2. I am currently employed by Defendant Experis US, Inc. as a Managing Director of Client Delivery within the Center for Operational Recruitment Excellence ("CORE") division of the Recruitment Process Outsourcing ("RPO") organization.

3. During the last three years, CORE has employed hundreds of RPO recruiters, each of whom physically works at a centralized location at the ManpowerGroup US, Inc.'s headquarters in Milwaukee, Wisconsin. These RPO CORE recruiters are classified as hourly, non-exempt employees, and they are directly supervised by Program Delivery Leads.

4. CORE was created to provide a consolidated support resource for the recruiting functions for multiple lines of business within ManpowerGroup US, Inc. and Experis US, Inc. RPO CORE recruiters are able to support and assist other RPO Programs with sourcing,

EXHIBIT
4

screening, and other recruiting functions as needed.

5. RPO CORE recruiters differ in many respects from other RPO recruiters. First, RPO CORE recruiters all physically work at a ManpowerGroup location rather than working remotely from their homes or being assigned to work at a client's location like other RPO Recruiters.

6. Second, RPO CORE Recruiters work in the same location as the Program Delivery Leads who supervise them, and consequently, Program Delivery Leads have the opportunity to personally observe their recruiters' work hours. In contrast, many other RPO Recruiters work remotely from their homes—as do their supervisors—which means the supervisors do not have any opportunity to personally observe their recruiters' work hours. Instead, supervisors must rely on the hours recruiters report in the company's timekeeping system.

7. Third, RPO CORE Recruiters record their time worked in two separate timekeeping systems: the PeopleNet system used by all hourly RPO Recruiters, and they also clock-in and clock-out via Kronos. To my knowledge, no other RPO Recruiters are required to clock-in and clock-out for their shifts through Kronos.

8. Finally, in contrast to other RPO Associate Recruiters who are typically dedicated to one client Program at a time, RPO CORE Recruiters may support multiple RPO client Programs at the same time. Alternatively, RPO CORE Recruiters might be dedicated to supporting a single RPO Program for a discrete period of time.

9. Many RPO CORE Recruiters regularly work overtime. Whether they are required to work overtime or have the opportunity to do so will depend on the Program to which they are assigned. In other words, there is no prohibition against overtime in CORE.

10. If an RPO CORE Recruiter has not been asked or authorized by a supervisor to work more than 40 hours, but does so anyway, he or she will still be paid for all overtime they record. In those situations, the Recruiter's supervisor will typically meet with him or her to discuss whether they need to rebalance or adjust the Recruiter's workload to ensure he or she can complete all of assigned work within the regularly-scheduled 40 hour workweek.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

EXECUTED this 22 day of March of 2017.

WENDY ZIETZ

29101846.1