**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KAREN FRANCIS**, Individually, and on
Behalf Of All Others Similarly Situated,

Plaintiff,

v. Case No. 2:16-cv-01477-PP

**MANPOWERGROUP US INC, AND**
**EXPERIS US, INC.,**

Defendants.

---

## DECLARATION OF POOJA LAGOS

I, POOJA LAGOS, hereby declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts attested to in this Declaration.

2. I am currently employed by Defendant Experis US, Inc. as a Director of Program Delivery within the company's Recruitment Process Outsourcing ("RPO") organization.

3. I supervise Program Managers who, in turn, supervise Program Delivery Leads. Program Delivery Leads are responsible for supervising the Senior Recruiters and Associate Recruiters who support the Programs in my portfolio.

4. Some of the client Programs I oversee include RPO Recruiters who are assigned to work onsite at the client's location rather than working remotely from their homes.

5. For example, I have a Senior Recruiter who is assigned to work at the location of an RPO semiconductor manufacturing client. This Senior Recruiter has an important role in maintaining RPO's relationship with the client because of his ongoing and significant contact with the client's hiring managers. Rather than primarily sourcing candidates for the client's open positions through online database searches, he frequently travels to, and represents the client at

**EXHIBIT**
**5**

job fairs throughout his region. He is also expected to create and implement the candidate sourcing strategy for the client.

6. Additionally, the client relies on this Senior Recruiter to set up and run its orientation for newly-hired employees. In many ways, this Senior Recruiter functions almost like an outsourced Human Resources Generalist for the client. He consistently consults with the client's hiring managers about compensation or qualifications for positions, and he uses his discretion and judgement in advising the client when they need to adjust their expectations for positions or candidates. The client relies on this Senior Recruiter to provide them with valuable market intelligence which he has gained through his years of experience.

7. This Senior Recruiting not involved in high-volume recruiting, and is not asked or expected to meet any daily or weekly goals with respect to the number of phone calls he makes or the number of candidates he submits for open positions. He is also highly compensated; he currently receives an annual salary of more than $97,000.

8. Another one of the Programs I oversee is for a client provides financial, property, and consumer analytics and business intelligence to its customers. This Program is designed such that employees may need to work more than 40 hours a week. As a result, the hourly Associate Recruiters who are assigned to this Program frequently work overtime at the request of the client. For example, one Associate Recruiter who was assigned to this project reported overtime in more than 90% of the weeks she worked.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

EXECUTED this 22nd day of March of 2017.

/s/ Pooja Lagos
POOJA LAGOS

29103616.1