**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KAREN FRANCIS**, Individually, and on Behalf Of All Others Similarly Situated,

Plaintiff,

v.

Case No. 2:16-cv-01477-PP

**MANPOWERGROUP US INC, AND EXPERIS US, INC.,**

Defendants.

---

**DECLARATION OF TOM KAIN**

---

I, TOM KAIN, hereby declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts attested to in this Declaration.

2. I am currently employed by Defendant Experis US, Inc. as a Program Delivery Manager within the company's Recruitment Process Outsourcing ("RPO") organization. As a Program Delivery Manager, I oversee an RPO Program for Comcast which is referred to as "RPO Comcast Corp. HQ."

3. In contrast to the RPO Comcast West Sales Program, some of the Programs I oversee for Comcast do not involve high-volume recruiting, or recruiting for positions which are filled on a "hiring class" basis.

4. Additionally, the Senior Recruiters assigned to the RPO Comcast Corp. HQ Program are assigned to physically work at the client's headquarters, rather than working remotely. These Senior Recruiters have ongoing and substantial interaction with the client's

**EXHIBIT 6**

hiring managers, and they have a role in maintaining a good relationship with the client.

5. Senior Recruiters on this Program also serve as important consultants to our client. For example, when the client identifies a hiring need, the Senior Recruiter may work with the client to help define the role they are seeking to fill, to identify desired qualifications from candidates for that role, and even to advise the client on a recommended compensation range for the position. In other words, the client relies on our Senior Recruiters for their recruiting experience and labor market expertise.

6. Some of the Senior Recruiters on my Program have little or no involvement in sourcing candidates. Instead, they may work with Associate Recruiters who assist them with sourcing candidates, while the Senior Recruiters focus on vetting and screening candidates based on their understanding and knowledge of the client's expectations.

7. Once a qualified candidate is submitted to the client for further consideration, the Recruiters on the RPO Comcast Corp. HQ Program typically work with the candidate to help prepare him or her for interviews with the client's hiring managers.

8. Some of the positions my Senior Recruiters are asked to fill are high-level professional roles within Comcast. These types of positions may take quite some time to fill, as they may require a great deal of active recruiting, which is similar in concept to executive "headhunting." More specifically, Senior Recruiters on my Program are expected to use their knowledge of the client's expectations and the labor market to identify passive candidates who have not applied for the position and may not be aware of it. This type of recruiting is very different from high-volume or "class based" recruiting, because the Recruiters on my Program are not expected to meet daily or weekly goals regarding the number of candidates submitted for open positions. Instead, Recruiters on my Program are measured by other key performance

metrics such as cost expended per resource, or the time it takes to fill an open position.

9. Associate Recruiters assigned to this Program may need to work more than 40 hours a week to complete their work . Associate Recruiters on this Program can, and occasionally do, work overtime.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

EXECUTED this___ day of March of 2017.

_______________________________
THOMAS KAIN

29102567.1