**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KAREN FRANCIS**, Individually, and on Behalf Of All Others Similarly Situated,

Plaintiff,

Case No. 2:16-cv-01477-PP

v.

**MANPOWERGROUP US INC, AND EXPERIS US, INC.,**

Defendants.

---

**DECLARATION OF ABIGAIL SPRAGUE**

---

I, ABIGAIL SPRAGUE, hereby declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts attested to in this Declaration.

2. I am currently employed by Defendant Experis US, Inc. as a Director of Client Delivery within the company's Recruitment Process Outsourcing ("RPO") organization.

3. Many of the Programs I oversee or have overseen involve recruiting for specialized, professional, or senior-level positions for our clients in the information technology or engineering fields. These Programs do not involve "high volume" recruiting for candidates on a "hiring class" basis.

4. I have also overseen Programs for healthcare industry clients. Because these Recruiters are focused on recruiting candidates for "niche" or professional roles, they

EXHIBIT
7

typically must have specialized market knowledge, and are expected to exercise significant discretion with respect to identifying and recommending candidates to the clients. For example, Recruiters who supported a Program for a former healthcare client were expected to consistently exercise their discretion and independent judgment in evaluating candidates for nursing and other professional positions within the client's Intensive Care Unit. Specifically, these recruiters had to evaluate candidates for positions based on their qualifications and their personalities—*i.e.* their bedside manner—rather than using any sort of "script" or template from the client. These recruiters were also expected to use their industry-specific knowledge to analyze and assess whether any concerns about the candidates' backgrounds might preclude them from obtaining or maintaining all necessary licensure for the positions they sought.

5. Some of the client Programs I oversee include RPO Recruiters who are assigned to work onsite at the client's location rather than working remotely from their homes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

EXECUTED this___ day of March of 2017.

ABIGAIL SPRAGUE