UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAREN FRANCIS,

        Plaintiff,

  v.

                                        Case No. 16-cv-1477-bhl

MANPOWERGROUP US INC,
EXPERIS US INC,

        Defendants.

## ORDER

On January 26, 2021, the Court granted conditional certification in part and ordered the plaintiff to file amended versions of the proposed notice, consent form, and text message. Consistent with the Court's discussions with the parties at an October 15, 2020 status conference, the Court had planned to hold off on ruling on whether the doctrine of equitable tolling could be applied to alter the time period of potential claimants subject to the conditional certification order. Upon further review, however, given the parties' disputes over plaintiff's proposed notice and consent forms, it is apparent that the matter would be best addressed before the forms are approved. Accordingly,

    **IT IS HEREBY ORDERED:**

1. Plaintiff shall file a brief explaining why and how equitable tolling applies to this case on or before **March 26, 2021**.
2. Defendants shall then have fourteen days to file a response.
3. Plaintiff shall then have seven days to file a reply.

Dated at Milwaukee, Wisconsin on March 12, 2021.

                                                          s/ Brett H. Ludwig
                                                          BRETT H. LUDWIG
                                                          United States District Judge