UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAREN FRANCIS, Individually, and
on Behalf of All Others Similarly Situated,

        Plaintiff,

  v.

Case No. 16-cv-1477-bhl

MANPOWERGROUP US INC,
EXPERIS US INC,

        Defendants.

## ORDER

On March 25, 2021, plaintiff filed an expedited motion to stay the pending deadlines in this case to allow the parties time to finalize their settlement in principle. (ECF No. 40.) Defendants later indicated that they do not oppose the motion. (ECF No. 41.) Because the parties have reached agreement to settle this case, the Court finds there is good cause to stay the briefing deadlines. Accordingly,

**IT IS HEREBY ORDERED** that the briefing schedule set out in the Court's March 12, 2021 order, ECF No. 39, is **STAYED**. On or before **April 26, 2021**, the parties shall file: (1) a motion for approval of the settlement and dismissal of the lawsuit with prejudice; or (2) a status report regarding their progress in finalizing the settlement.

Dated at Milwaukee, Wisconsin on March 26, 2021.

                                            s/ Brett H. Ludwig
                                            BRETT H. LUDWIG
                                            United States District Judge