IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**KAREN FRANCIS**, Individually, and
on Behalf of All Others Similarly Situated,

Plaintiff,

Case No. 2:16-cv-01477-BHL

v.

**MANPOWERGROUP US INC,** and
**EXPERIS US, INC.,**

Defendants.

---

## PROPOSED ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

---

Upon Consideration of the Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case With Prejudice, it is hereby:

**ORDERED**, that this Court finds that a *bona fide* dispute exists between Plaintiffs (Karen Francis and CheyAnne Tatum) and Defendants (ManpowerGroup US Inc. and Experis US, Inc.) as to Defendants' liability for unpaid wages allegedly owed to Plaintiff under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*; s

**ORDERED**, that although Plaintiff and Defendants have not engaged in formal discovery, they have engaged in sufficient information informally to allow Plaintiff's counsel to assess the strengths and weaknesses of Plaintiff's claims and the range of potential damages;

**ORDERED**, the Parties have engaged in arms-length negotiations;

**ORDERED**, Plaintiff's attorneys' fees and costs in the Agreement are reasonable;

**ORDERED**, in summary, upon consideration of the factors set forth in the *Lynn's Food Stores, Inc. v. United States*, the Court FINDS that the Agreement is "a fair and reasonable resolution of a *bona fide* dispute" over Plaintiff's claims; and

**ORDERED**, the Motion is **GRANTED** and the settlement **APPROVED** with respect to all claims;

**ORDERED**, this action is **DISMISSED** with prejudice.

Dated at Milwaukee, Wisconsin on ________.

____________________________
BRETT H. LUDWIG
United States District Judge