UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAREN FRANCIS, Individually, and
on Behalf of All Others Similarly Situated,

          Plaintiff,

                                Case No. 16-cv-1477-bhl

   v.

MANPOWERGROUP US INC,
EXPERIS US INC,

          Defendants.

## ORDER APPROVING SETTLEMENT AND
## DISMISSING CASE WITH PREJUDICE

Upon consideration of the parties' joint motion for entry of order approving settlement and dismissing case with prejudice,

This Court **FINDS** that:

1. A bona fide dispute exists between Plaintiffs (Karen Francis and CheyAnne Tatum) and Defendants (ManpowerGroup US Inc. and Experis US, Inc.) as to Defendants' liability for unpaid wages allegedly owed to Plaintiff under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq.;
2. Although Plaintiffs and Defendants have not engaged in formal discovery, they have engaged in sufficient information informally to allow Plaintiff's counsel to assess the strengths and weaknesses of Plaintiff's claims and the range of potential damages;
3. The parties have engaged in arms-length negotiations;
4. Plaintiff's attorneys' fees and costs in the Agreement are reasonable; and
5. The Agreement is "a fair and reasonable resolution of a bona fide dispute" over Plaintiff's claims upon consideration of the factors set forth in the *Lynn's Food Stores, Inc. v. United States*.

Accordingly,

**IT IS HEREBY ORDERED** that:

1. The joint motion for entry of an order approving the parties' settlement and dismissing the case with prejudice, ECF No. 47, is **GRANTED**;

2. The settlement is **APPROVED** with respect to all claims; and

3. This action is **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin on July 23, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge